AARON D. FORD
 Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*Dr. Martin Naughton*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN J. NAUGHTON, et al.,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00256-MMD-CLB<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A STIPULATION AND ORDER OF DISMISSAL** |

Defendant, Dr. Martin Naughton, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrea M. Dominguez, Deputy Attorney General, hereby move for an extension of time for Defendant to file a Stipulation and Order of Dismissal.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.　BACKGROUND**

Plaintiff William Williams (Williams) is an inmate incarcerated in the Nevada Department of Corrections (NDOC) and is currently housed at Northern Nevada Correctional Center (NNCC). Plaintiff filed a Civil Rights Complaint Pursuant to 42 U.S.C. §1983 (Complaint) for events that allegedly occurred while Plaintiff was housed at NNCC. (ECF No. 5).

/ / /

Pursuant to the Court's Minutes of Proceedings on September 14, 2020, the parties have until the close of business on September 18, 2020, to file a Stipulation and Order of Dismissal. Defendant respectfully requests that this Court grant an extension of fourteen (14) days to file a Stipulation and Order of Dismissal, as the Settlement Agreement and Stipulation and Order of Dismissal has not been fully executed by all the parties.

## II.  APPLICABLE LAW

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

## III.  ARGUMENT

There is good cause to extend the deadline to file a Stipulation and Order of Dismissal. A fully executed Settlement Agreement has not been received back from the Defendant yet. Once the Settlement Agreement has been received the undersigned will send the Settlement Agreement and Stipulation and Order of Dismissal to Williams for his signature.

The deadline currently in place cannot reasonably be met due to the fact that the Settlement Agreement and Stipulation and Order of Dismissal has not been fully executed. This request for an extension of time to file a Stipulation and Order of Dismissal will not affect the settlement of this case. Accordingly, Defendant respectfully requests that this Court grant an extension of fourteen (14) days to file a Stipulation and Order of Dismissal.

/ / /

/ / /

/ / /

/ / /

IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court grant an extension of fourteen (14) days to file a Stipulation and Order of Dismissal.

DATED this 18th day of September, 2020.

                    AARON D. FORD
                    Attorney General

IT IS SO ORDERED.

Dated: September 18, 2020

By: /s/ Andrea M. Dominguez
     ANDREA M. DOMINGUEZ, Bar No. 15209
     Deputy Attorney General

_____
UNITED STATES MAGISTRATE JUDGE

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of September, 2020, I caused to be served, a true and correct copy of the foregoing, **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A STIPULATION AND ORDER OF DISMISSAL**, by U.S. District Court CM/ECF Electronic Filing on:

William Williams, #30509
C/O Law Librarian
Northern Nevada Correctional Center
P. O. Box 7000
Carson City, Nevada 89702
nncclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General