AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*Dr. Martin Naughton*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN J. NAUGHTON, et al.,<br><br>        Defendants. | Case No. 3:20-cv-00256-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |

    It is stipulated and agreed by and between Plaintiff, William Williams, in pro per, and by defendant, Dr. Martin Naughton, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon at the Early Mediation Conference which concluded on September 11, 2020.

DATED 12-1-___, 2020.

*[signature: William Williams]*
William Williams
*Plaintiff Pro Se*

DATED Dec. 1st___, 2020.
Aaron D. Ford Nevada Attorney General

*[signature: M. Martin for A. Dominguez Bar# 13267]*
Andrea M. Dominguez (Bar No. 15209)
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701
*Attorneys for NDOC Defendants*

1

*Williams v. Naughton*, Case No. 3:20-cv-00256-MMD-CLB

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED December 1, 2020.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 1st day of December, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

William Williams, #30509
C/o Law Librarian
Northern Nevada Correctional Center
P. O. Box 7000
Carson City, Nevada 89702
nncclawlibrary@doc.nv.gov

/s/ Caryn K. Haller
An employee of the
Office of the Attorney General

3